# UNITED STATES PROBATION OFFICE
## EASTERN DISTRICT OF NORTH CAROLINA

Van R. Freeman, Jr.  
Chief U.S. Probation Officer



310 New Bern Avenue, Room 610  
Raleigh, NC 27601-1441  
Phone: 919-861-8686  
Fax: 919-861-5555

**DATE:** July 11, 2024

**FROM:** Korey A. Cross  
U.S. Probation Officer

**SUBJECT:** Torres, Jose Antonio  
Case No.: 7:16-CR-100-1BO  
<u>Request for Early Termination</u>

**TO:** Terrence W. Boyle  
United States District Judge

On June 7, 2017, Jose Antonio Torres was convicted of Possession With Intent to Distribute a Quantity of Heroin; Possession of a Firearm in Furtherance of a Drug Trafficking Crime; and Possession of Firearm by Felon. Mr. Torres appeared in United States District Court for the Eastern District of North Carolina and received 60 months imprisonment, followed by 5 years of supervised release. He began supervision on October 28, 2021.

Mr. Torres has performed satisfactorily on supervision. He has satisfied and complied with all special conditions of supervised release, including completion of the Moral Recognition Therapy (MRT) Program. Mr. Torres is also gainfully employed and has satisfied all his monetary obligations. His term of supervision is set to expire on October 7, 2026.

The probation office is requesting early termination. The U.S. Attorney's Office agrees with our recommendation for early termination. Please indicate the court's preference by marking the appropriate selection below.

☒ I agree with the recommendation and have signed the enclosed Order.  
☐ I disagree with the recommendation. I will reconsider in one year.  
☐ I disagree with the recommendation. The defendant must serve the entire term of supervision.

_____           7-11-24  
Terrence W. Boyle                              Date  
United States District Judge

# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA

**UNITED STATES OF AMERICA**

v.             Crim. No. 7:16-CR-100-1BO

**JOSE ANTONIO TORRES**

On October 8, 2021, the above named was released from prison and commenced a term of supervised release for a period of 60 months. The offender has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Korey A. Cross<br>Korey A. Cross<br>U.S. Probation Officer<br>2 Princess Street, Suite 308<br>Wilmington, NC 28401-4290<br>Phone: 910-679-2051<br>Executed On: July 11, 2024 |

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __11__ day of __July__, 2024.

Terrence W. Boyle  
United States District Judge